## WILLIAM RAINO ET AL. *v.* SUPERMARKETS GENERAL CORPORATION

The plaintiffs' petition for certification for appeal from the Appellate Court, 28 Conn. App. 56, is denied.

*Lori Welch-Rubin,* in support of the petition.

*J. Kevin Golger,* in opposition.

Decided September 17, 1992

## MELVIN DANIELS *v.* WARDEN, STATE PRISON

The petitioner Melvin Daniels' petition for certification for appeal from the Appellate Court, 28 Conn. App. 64, is denied.

*Louis S. Avitabile,* special public defender, in support of the petition.

*Mary H. Lesser,* assistant state's attorney, in opposition.

Decided September 17, 1992